IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-275-CR





MICHAEL NORWOOD,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0924592, HONORABLE JON N. WISSER, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for aggravated robbery. Punishment was
assessed at confinement for six (6) years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed On Appellant's Motion

Filed: June 30, 1993

[Do Not Publish]